## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

US NORTHEAST DREDGE & MARINE,
LLC; DR100001, LLC; DR200001, LLC
and TU200001, LLC,

          Plaintiffs,

v.

STARR INDEMNITY AND LIABILITY
COMPANY,

          Defendant.

Civil No. 21-cv-01022-SE

### STIPULATION OF DISMISSAL

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and

Defendant stipulate that the action and all claims asserted in this matter are dismissed with

prejudice and without costs or fees.  All rights of appeal are waived.

Respectfully submitted,

US NORTHEAST DREDGE & MARINE,
LLC; DR100001, LLC; DR200001, LLC
and TU200001, LLC,

By their Attorneys,

Pierce Atwood LLP

Dated:  May 18, 2023          By: /s/ Michele E. Kenney
                      Michele E. Kenney
                      N.H. Bar No. 19333
                      Michael J. Daly, *admitted pro hac vice*
                      Pierce Atwood LLP
                      One Financial Plaza, 26th Floor
                      Providence, RI 02903

(401) 588-5113
mdaly@pierceatwood.com
mkenney@pierceatwood.com

Respectfully submitted,

STARR INDEMNITY & LIABILITY
COMPANY

By its attorneys,

/s/ John A. Nicoletti
John AV. Nicoletti, *pro hac vice*, NY
1154897
Kevin J.B. O'Malley, *pro hac vice*, NY
3039104
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
jnicoletti@nicolettihorning.com
komalley@nicolettihornig.com

- and -

/s/ Mark S. Bodner
Mark S. Bodner, NH Bar No. 268218
MELICK & PORTER, LLP
One Liberty Square, 7th Floor
Boston, Massachusetts 02109
Tel: (617) 523-6200
Fax: (617) 523-8130
mbodner@melicklaw.com

#16054287v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which shall effect service on counsel of record for the Defendant, pursuant to LR 5.4(b).

/s/ Michele E. Kenney
Michele E. Kenney